UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN IVY FRONTANEZ, LAURA DUENO and KRISTI L. REED,<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>STV GROUP, INCORPORATED, STV, INCORPORATED and THOMAS BUTCHER,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　No.　5:24-cv-6545<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

**AND NOW**, this 15th day of July, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

　　1.　　The Motion to Dismiss, *see* ECF No. 15, is **GRANTED**;

　　　　A.　　Kristi Reed's claim for associational race discrimination in Count I is **DISMISSED without prejudice**;

　　　　B.　　All claims for a hostile work environment brought in Count I are **DISMISSED without prejudice**;

　　　　C.　　To the extent Reed asserts a claim for associational race discrimination in Count III, the claim is **DISMISSED without prejudice;** and

　　　　D.　　To the extent Plaintiffs assert a claim for a hostile working environment in Count III, the claim is **DISMISSED without prejudice;**

　　2.　　**Within twenty (20) days of the date of this Order**, Plaintiffs may file an amended complaint as to any claims dismissed without prejudice;

3.  If Plaintiffs fail to timely file an amended complaint, the claims for associational race discrimination and hostile working environment will be dismissed with prejudice and the matter will proceed with the remaining claims.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge